UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | Civil Action No. 05-1775 (RBW) |

**ORDER TO SHOW CAUSE**

On September 6, 2005, the <u>pro se</u> plaintiff filed a complaint against the United States under 26 U.S.C. § 7433, alleging multiple violations of the Internal Revenue Code. The defendant was not served with a summons, and the plaintiff has not sought to further advance his petition. Accordingly, it is, this 11th day of January 2006, hereby

**ORDERED** that the petitioner shall show cause by February 3, 2006, why his complaint should not be dismissed.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge