# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01775 (RBW) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: January 17, 2006.

                                                      Respectfully submitted,

                                                      /s/ Jennifer L. Vozne
                                                      JENNIFER L. VOZNE
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice
                                                      P.O. Box 227
                                                      Ben Franklin Station
                                                      Washington, DC 20044
                                                      Phone/Fax: (202) 307-6555/514-6866
                                                      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1505700.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Lee F. Garvin
>15013 NE 36th Street
>Choctaw, OK 73020

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1505700.1