# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01775 (RBW) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## DECLARATION OF JENNIFER L. VOZNE

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3. According to the Internal Revenue Service's records, the taxpayer has balances due for his federal individual income tax liabilities for tax years 1996 and 1997. A true and correct copy of an Internal Revenue Service transcript, dated December 14, 2005, is attached as exhibit 1.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: January 17, 2006.

                                                  /s/ Jennifer L. Vozne
                                                  JENNIFER L. VOZNE
                                                  Trial Attorney
                                                  Washington, DC