```
Station Name: DLS0149001 Date: 12/14/2005 Time: 2:09:47 PM

IMFOLI████████-9940                IMF INDEX         NM CTRL:GARV
                                                               UP-CYC:50
LEE F GARVIN
ENTITY MF ACTIVE:50   FREEZE CODES:    -     AUDIT HISTORY: YES  VESTIGIAL:   YES
TOTAL ASSESSED BAL:      7,388.96    (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
                 MF                         INTEREST   FREEZE    POSTED         STAT
 MFT  TXPD  FSC  ACT TIF  TOTAL MOD BALANCE COMP DTE   CODES     RETURN   ADJ   HIS
  30 199212  2   24  NO          .00        20001204     -       POSTED   NO    12
  30 199312  2   24  NO          .00        20001204     -       POSTED   YES   12
  30 199412  2   24  NO          .00        20001204     -       POSTED   NO    12
  30 199512  2   24  NO          .00        20001204     -       POSTED   NO    12
  30 199612  2   50  YES    3,650.49        20051226  T  -       POSTED   YES   22
  30 199712  2   50  YES    9,973.89        20051226  T  -       POSTED   YES   22
  30 199812  1   24  NO         1.33-       20050110     -       SUBST4   YES   12
  30 199912  1   24  NO          .00        20030616     -       NONE     NO    00
  30 200012  1   50  NO          .00        20051226     -       NONE     NO    06
  30 200112  1   50  NO          .00        20051226     -       NONE     NO    00
  30 200212  1   50  NO          .00        20051226    -LR      SUBST4   NO    06
  30 200312  1   50  NO          .00        20051226    -LR      SUBST4   NO    00
  30 200412  1   50  NO          .00        20051226    -LR      SUBST4   NO    00
R 30 198512              CTRL-ULC:73    YR-REMOVED:1994
R 30 198812              CTRL-ULC:73    YR-REMOVED:1997
R 30 198912              CTRL-ULC:73    YR-REMOVED:1995
              PAGE 001 OF 002           IMFPG 002
```

EXHIBIT
1