IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01775 (RBW) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, DECLARATION OF JENNIFER L. VOZNE, and proposed ORDER were served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>   Lee F. Garvin
>   15013 NE 36th Street
>   Choctaw, OK 73020


    /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE

1505656.1