IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, ) | |
| ) | |
| Plaintiff, ) | No. 1:05-cv-01775 (RBW) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. Paul Broward v. United States, Civil No. 1:05-1774

6. John Burton v. United States, Civil No. 1:05-2121

7. Carol Cooper v. United States, Civil No. 1:05-1192

8. Richard M. Donnally v. United States, Civil No. 1:05-2049

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

10. Brent & Rhonda Gross, Civil No. 1:05-1818

11. Kevin Haydel v. United States, Civil No. 1:05-2405

12. Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

13. William Henry, Jr. v. United States, Civil No. 1:05-2084

14. Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

15. Lavern Koerner v. United States, Civil No. 1:05-1600

16. William M. Kramer v. United States, Civil No. 1:05-1659

17. Stephen J. & Patricia Lindsey v. United States,

    Civil No. 1:05-1761

18. Wallace Lohmann v. United States, Civil No. 1:05-1976

19. Rudolph Luscher v. United States, Civil No. 1:05-1987

20. Gregory Martens v. United States, Civil No. 1:05-1805

21. William R. Masterson v. United States, Civil No. 1:05-1807

22. Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

23. James O'Connor v. United States, Civil No. 1:05-2075

24. Lawrence Otto v. United States, Civil No. 1:05-2319

25. Amelia Petersheim v. United States, Civil No. 1:05-1815

26. George & Claudia Pragovich v. United States,

Civil No. 1:05-2222

27. Charles Radcliffe v. United States, Civil No. 1:05-1624

28. Ronald N. Romanshko v. United States, Civil No. 1:05-2239

29. Lawrence & Debra Schafrath v. United States,

Civil No. 1:05-1656

30. Robert Scott & Linda Casoria-Scott v. United States,

Civil No. 1:05-2043

31. Sandra Shoemaker v. United States, Civil No. 1:05-1736

32. Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36. Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

//

//

//

DATED: January 17, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Phone/Fax: (202) 307-6555/514-6866
        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELATED CASES was served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Lee F. Garvin
>15013 NE 36th Street
>Choctaw, OK 73020

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1505654.1