Lee F Garvin
15013 NE 36th St.
Choctaw OK 73020

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Lee F Garvin

              Plaintiff(s),              Case No. 1:05-cv-01775

v.

United States
              Defendant.

## RESPONSE TO UNITED STATES' NOTICE OF RELATED CASES

Plaintiff(s) responds to the United States' Notice of Related Cases. The record

shows that plaintiff(s) have no related cases in this Court or any other United States court.

Plaintiff(s) have/has no knowledge of the cases listed in defendant's Notice of Related

Cases. Plaintiff(s) have/has not been served copies of the listed cases, nor have/has

plaintiff(s) read the listed cases. Plaintiff(s) have/has no knowledge as to who plaintiff(s)

are in the listed cases. To the extent that the listed cases allege facts similar to the facts

alleged in plaintiff(s)' complaint the listed cases are sufficient to establish a pattern of

unlawful activity on the part of the IRS.

Wherefore, plaintiff(s) request(s) the court to regard defendants' notice as an

admission of a pattern of unlawful activity, in violation of 18 U.S.C. §1964(a) - racketeering,

by the IRS and take judicial notice that others are also complaining that the IRS is

engaging in similar pattern of unlawful activity.

Dated _____, 2006

Lee F Garvin

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated _____, 2006

Lee F Garvin