# UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

Lee F Garvin,

        Plaintiff(s),

v.

United States

        Defendant.

RESPONSE TO MOTION TO DISMISS AND ORDER OF COURT

Case No.: **1:05-cv-01775**

Plaintiff responds to the United States' Motion to Dismiss as follows and order of court as follows:

1. Plaintiff requests that the court take judicial notice of the following entries on the docket report:

    A. The complaint was filed on 09/06/2005

    B. No summons has been issued despite requests to so do.

    C. There is no entry showing that the complaint and summons has been served on the defendant.

3. Therefore, there is no answer due.

4. Therefore, defendants' Motion to Dismiss is premature.

5. Plaintiff has sent requests to the clerk to issue summons, as of this date the clerk has failed/refused to issued summons.

6. Plaintiff has included with this response an amended complaint and summonses.

Wherefore, for the above reasons plaintiff requests that the court strike or in the alternative deny defendants' motion to dismiss and order the clerk to issues summonses

so that plaintiff can execute service upon defendant[1].

Dated February ___, 2006

_____
Lee F Garvin

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated February ___, 2006

_____
Lee F Garvin

---

[1] Plaintiff's inclusion of the summons and amended complaint in the package served upon defendant does not constitute service. Service will be made upon defendant when the clerk issues the summonses.