# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01775 (RBW) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE, and proposed ORDER were served upon the following persons on February 24, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

    Lee F. Garvin
    15013 NE 36th Street
    Choctaw, OK 73020

     /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE

1562916.1