UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1775 (RBW) |
| UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

On July 5, 2006, the Court entered an order granting the pro se plaintiff's motion for leave to file an amended complaint in this case. The Court also ordered the plaintiff to respond to the government's motion to dismiss the amended complaint by July 28, 2006. Order at 4. The Court warned the plaintiff that failure to respond or to move for an extension of time by the due date would result in the Court treating the motion to dismiss as conceded and entering judgment in favor of the government. Id. The plaintiff has failed to respond. Accordingly, it is hereby

**ORDERED** that the government's motion to dismiss the plaintiff's amended complaint is GRANTED. It is further

**ORDERED** that this case is dismissed.

**SO ORDERED** this 7th day of August, 2006.

REGGIE B. WALTON
United States District Judge

1