IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEE F. GARVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-01775 (RBW) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Charles H. Keen in substitution for Jennifer

L. Vozne in the above-referenced case.

DATE: February 23, 2007

Respectfully submitted,


/s/ Charles H. Keen
CHARLES H. KEEN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6536/514-6866
Email: Charles.H.Keen@usdoj.gov


OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2154578.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF

APPEARANCE was caused to be served upon plaintiff *pro se* on February 23, 2007 copy

in the United States' mail, postage prepaid, addressed as follows:

> LEE GARVIN
> *Plaintiff Pro Se*
> 15013 NE 36th Street
> Choctaw, OK 73020

> /s/ Charles H. Keen
> CHARLES H. KEEN

2154578.1