IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Case No. 1:05-cv-01775 (RBW) |

**PRAECIPE WITHDRAWING**
**UNITED STATES' OPPOSITION TO**
**MOTION TO VACATE DISMISSAL**

TO THE CLERK:

Please withdraw the United States' Opposition to Motion to Vacate Dismissal (docket no. 20) in the above-referenced case. Although the plaintiff's motion was served upon the United States, the motion was never filed with the Court.

DATE: February 23, 2007

Respectfully submitted,

/s/ Charles H. Keen
CHARLES H. KEEN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6536/514-6866
Email: Charles.H.Keen@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2154578.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing PRAECIPE WITHDRAWING UNITED STATES' OPPOSITION TO MOTION TO VACATE DISMISSAL was caused to be served upon plaintiff *pro se* on February 23, 2007 copy in the United States' mail, postage prepaid, addressed as follows:

> LEE GARVIN
> *Plaintiff Pro Se*
> 15013 NE 36th Street
> Choctaw, OK 73020

/s/ Charles H. Keen
CHARLES H. KEEN

2154578.1